TUCKER ELLIS LLP
Kaitlyn N. Pangburn SBN 336346
kaitlyn.pangburn@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:    213.430.3400
Facsimile:     213.430.3409

TUCKER ELLIS LLP
DINA LUPANCU (Admitted *Pro Hac Vice*)
dina.lupancu@tuckerellis.com
233 South Wacker Drive
Suite 6950
Chicago, IL 60606
Telephone:    312.624.6300
Facsimile:     312.624.6309

Attorneys for Plaintiff
INDEPENDENCE EXCAVATING, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDEPENDENCE EXCAVATING, INC., an Ohio Corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GUNTERT & ZIMMERMAN, CONST. DIV. INC., a California Corporation,<br><br>　　　　　Defendant. | Case No. 2:22-cv-00182-WBS-KJN<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE; ORDER** |

Plaintiff Independence Excavating, Inc. and Defendant Guntert & Zimmerman, Const. Div. Inc. a California Corporation, submit this Joint Stipulation of Dismissal without Prejudice. Plaintiff has received payment from Defendant for the amount due and owing. Based on the foregoing, the parties respectfully request that the Court dismiss all pending claims in this case without prejudice, with each party bearing its own attorneys' fees and costs.

///

CERTIFICATE OF SERVICE

DATED: April 21, 2022                    TUCKER ELLIS LLP

By: */s/ Kaitlyn N. Pangburn*
    Kaitlyn N. Pangburn
    Dina Lupancu (Admitted *Pro Hac Vice*)
    Attorneys for Plaintiff
    INDEPENDENCE EXCAVATING, INC.

DATED: April 21, 2022                    NEUMILLER & BEARDSLEE

By: */s/ Paul N. Balestracci (as authorized on April 21, 2022)*
    Paul N. Balestracci
    Attorneys for Defendant
    GUNTERT & ZIMMERMAN CONST. DIV. INC.

**ORDER**

**PURSUANT TO STIPULATION, IT IS ORDERED:**

All pending claims in this case are hereby DISMISSED without prejudice with each party to pay its own legal fees and expenses.

**IT IS SO ORDERED.**

Dated: April 22, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE